ELKANAH B. WHIPPLE et al., Respondents, *v.* RICHARD WHIPPLE et al., Appellants.

*A. P. Caswell* for the respondents.

Affirmed by default.
LOTT, Ch. C., not sitting.